UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
Lavastone Capital LLC,                :
                                      :
            Plaintiff,                :      14 Civ. 7139(JSR)
                                      :
      -v-                             :
                                      :
Coventry First LLC, LST I LLC, LST II :
LLC, LST Holdings Ltd., Montgomery    :      ORDER
Capital, Inc., Alan Buerger, Reid     :
Buerger, Constance Buerger, and       :
Krista Lake,                          :
                                      :
            Defendant.                :
------------------------------------- x
Coventry First LLC,                   :
                                      :
            Plaintiff,                :      14 Civ. 7967 (JSR)
                                      :
      -v-                             :
                                      :
Lavastone Capital LLC,                :
                                      :
            Defendant.                :
------------------------------------- x
JED S. RAKOFF, U.S.D.J.

Upon consent of all parties, the Court hereby orders the consolidation for discovery purposes of the above-captioned cases.

SO ORDERED.

Dated: New York, NY
       October 17, 2014                      _____
                                             JED S. RAKOFF, U.S.D.J.