USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVASTONE CAPITAL LLC,

Plaintiff,

-against-

COVENTRY FIRST LLC et al.,

Defendants.

14 Civ. 7139 (JSR)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, between and among the undersigned parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective counsel, that this action, and all claims and counterclaims asserted therein, shall be dismissed with prejudice pursuant to the terms of the parties' confidential settlement agreement.

Case 1:14-cv-07139-JSR Document 214 Filed 02/29/16 Page 2 of 2

Dated: February 29, 2016

GIBSON, DUNN & CRUTCHER LLP

By: [signature]
Randy M. Mastro
Reed Brodsky
Caitlin J. Halligan
James L. Hallowell
Alexander H. Southwell
Jefferson E. Bell

200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Lavastone Capital LLC*

WILLIAMS & CONNOLLY LLP

By: [signature]
Heidi K. Hubbard
Joseph G. Petrosinelli
Kenneth J. Brown
William P. Ashworth

725 Twelfth Street N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendants*

SO ORDERED

[signature]
USDJ
2-29-16